UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

NORRIS, McLAUGHLIN & MARCUS, P.A.
Steven A Karg
721 Route 202-206
P.O. 5933
Bridgewater, NJ 08807-5933
(908) 722-0700
Attorneys for Defendants, APP Pharmaceuticals, Inc. and Abraxis BioScience, Inc.

| | |
|---|---|
| TED PAULEY<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, STRYKER SALES CORPORATION, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ZENECA HOLDINGS INC., ABRAXIS BIOSCIENCE INC., APP PHARMACEUTICALS INC., HOSPIRA INC., ABBOTT LABORATORIES, EASTMAN KODAK COMPANY, DOES 1-10, inclusive<br><br>          Defendants. | CIVIL ACTION NO.<br>3:09-cv-03998-MLC-LHG<br><br>**ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT**<br><br>RECEIVED<br><br>AUG 28 2009<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

## ORDER

THIS MATTER having come before the Court on the application of Defendants, APP Pharmaceuticals, Inc., and Abraxis BioScience, Inc., to extend the time within which they must answer, move or otherwise reply to the Complaint; and Plaintiff and all

other parties that have appeared in this matter having consented to this Order; and for good cause shown:

IT IS, on this 27 day of August, 2009,

ORDERED that the time within which Defendants, APP Pharmaceuticals, Inc. and Abraxis BioScience, Inc., must answer, move or otherwise reply to the Complaint is extended for thirty (30) days to October 1, 2009.

_____
Lois Goodman, U.S.M.J.



**Norris McLaughlin & Marcus, P.A.**
ATTORNEYS AT LAW

August 21, 2009

**VIA FEDERAL EXPRESS**

The Honorable Lois Goodman, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

   **RE:**  **Ted Pauley v. APP Pharmaceuticals, Inc. and Abraxis BioScience, Inc., et al**
       **Civil Action No.: 3:09-cv-03998-MLC-LHG**

Dear Judge Goodman:

   This firm represents Defendants APP Pharmaceuticals, Inc. and Abraxis BioScience, Inc. (hereinafter, "Defendants") in the above matter. We write to seek an extension of Defendants' time to answer, move or otherwise reply to the Complaint in the above matter. Plaintiff's counsel and all other counsel of record have consented to the extension Defendants seek.

   The Complaint in this matter was filed in the Superior Court of New Jersey, Middlesex County, on July 6, 2009. Defendants were served with the summons and Complaint on July 17, 2009. Subsequently, Plaintiff's counsel agreed to an extension to September 21, 2009, of the time within which they were required to answer or otherwise respond to the Complaint in Superior Court.

   This matter was removed to the United States District Court for the District of New Jersey on August 10, 2009. Thereafter, Defendants applied for and were granted a 15-day extension of time to answer, move or otherwise reply to the Complaint pursuant to *L.Civ.R.* 6.1(b). Accordingly, the time for Defendants to answer, move or otherwise reply to the Complaint expires on September 1, 2009.

   Defendants were named in approximately forty-five (45) matters, all filed in the Superior Court of New Jersey within weeks of each other. Thirty-two (32) of those matters, including this one, were removed to the United States District Court for the District of New Jersey on the same day. Thus, the deadline for Defendants to answer, move or otherwise reply to the Complaint in each of the removed cases is September 1,



NJ: 721 Route 202-206  P.O. Box 5933  Bridgewater, NJ 08807-5933  •  P: (908) 722-0700  •  F: (908) 722-0755
NY: 875 Third Avenue, 18th Floor  New York, NY 10022  •  P: (212) 808-0700  •  F: (212) 808-0844
PA: The Paragon Centre, Suite 300  1611 Pond Road  Allentown, PA 18104-2258  •  P: (610) 391-1800  •  F: (610) 391-1805

www.nmmlaw.com   E: info@nmmlaw.com

The Honorable Lois Goodman, U.S.M.J.
Page 2
August 21, 2009

2009. In each of the subject cases, Defendants are carefully considering the allegations asserted by the particular plaintiff, and how best to respond to the Complaint. Recognizing that preparing a proper response to each of the subject Complaints is an involved and time-consuming task, the parties have agreed to give Defendants an additional thirty (30) days within which to answer, move or otherwise reply to the Complaint in each of the removed cases. Accordingly, Defendants herein request an extension of the time within which they must answer, move or otherwise reply to the Complaint to October 1, 2009.

In accordance with the instructions that we received from your law clerk, we have attached a form of Order for the Court's consideration. We respectfully request that the Court advise us if it requires anything further in support of Defendants' application.

Thank you for your consideration.

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS, P.A.

By: _____
Steven A. Karg

cc: All Counsel of Record

# Counsel List [2]

| | |
|---|---|
| Plaintiff | Christopher A. Seeger, Esq.<br>**SEEGER WEISS, LLP**<br>One William Street<br>New York, NY 10004<br>Tel: (212) 584-0700<br>cseeger@seegerweiss.com |
| **Defendants Astrazeneca Pharmaceuticals LP, Astrazeneca LP and Zeneca Holdings Inc.** | Debra M. Perry, Esq.<br>**MCCARTER & ENGLISH, LLP**<br>4 Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: (973) 622-4444<br>dperry@mccarter.com |
| **Defendants Hospira, Inc. and Abbott Laboratories** | Joseph E. O'Neil, Esq.<br>**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**<br>1300 Route 73<br>Suite 307<br>Mt. Laurel, NJ 08054<br>Tel: (856) 778-5544<br>Fax: (856) 793-0237<br>joneil@lavin-law.com |
| **Defendants Stryker Corporation and Stryker Sales Corporation** | Kim M. Catullo, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Tel: (973) 596-4500<br>kcatullo@gibbonslaw.com |